IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DEIRDRE MICHELLE WILSON,<br><br>　　　Plaintiff,<br><br>v.<br><br>STATE OF TENNESSEE<br>DEPARTMENT OF HEALTH,<br><br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) NO. 3:04-0894<br>) JUDGE HAYNES<br>)<br>)<br>)<br>) |

## O R D E R

In accordance with the Memorandum filed herewith, the Defendant State of Tennessee Department of Health's motion for summary judgment (Docket Entry No. 42) is **GRANTED**. This action is **DISMISSED with prejudice**. Each party shall bear its own costs.

This is the Final Order in this action. Any appeal of this Order would not be in good faith as required by 28 U.S.C. § 1915(a)(3).

It is so **ORDERED**.

**ENTERED** this the 26th day of September, 2007.

　　　　　　　　　　　　　　　　　WILLIAM J. HAYNES, JR.
　　　　　　　　　　　　　　　　　United States District Judge